JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-00294-ODW (JCx) | Date | March 8, 2021 |
|---|---|---|---|
| Title | *Orlando Garcia v. George Efstathiou et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

On January 13, 2021, the Court issued an Order Regarding Prosecution of Certain Cases Under the Americans With Disabilities Act. (ECF No. 8.) Among other things, the Order requires Plaintiff to move for default judgment "within 10 calendar days of the last entry of default" when only defaulted defendants remain in the case. (*Id.* at 2.) The Order cautions that "failure to comply with this Order in a particular case will result in a sanction of $300 . . . and dismissal for lack of prosecution." (*Id.*) On February 23, 2021, the Clerk entered default against the only defendant in this action, Defendant George Efstathiou in an individual and representative capacity. (Default, ECF No. 17.) More than ten calendar days have passed and Plaintiff has not moved for default judgment as required. Therefore, the Court hereby imposes the **SANCTION of $300** and **DISMISSES** this case without prejudice for lack of prosecution. Plaintiff shall submit payment to the Clerk of the Court within two weeks of the date of this order.

All dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |